IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADAM DAVIS, JR.                                                                                    PETITIONER
ADC # 143325

v.                         Case No. 5:12CV00386 SWW-JTK

RAY HOBBS, Director
Arkansas Department of Correction                                                      RESPONDENT

## ORDER DENYING MOTION FOR RULING AND
## GRANTING MOTION FOR EXTENSION OF TIME TO FILE

Petitioner's Motion for Ruling (DE #8) is denied. Respondent's Motion for Extension of Time (DE #9) is granted. Respondent has up to and including December 31, 2012, to file an Answer.

SO ORDERED this 17th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE