# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| ADAM DAVIS, JR., )<br>ADC # 143325 )<br>   Petitioner, )<br>)<br>v. )<br>)<br>RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>   Respondent. ) | **Case No. 5:12-CV-00386 SWW-JTK** |

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 9th day of July, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE